the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

RUTH W. WHALEY v. EASTERN STEAMSHIP LINES, INC., and Another. HERMAN S. WHALEY v. EASTERN STEAMSHIP LINES, INC., and Another.— Motions denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SURETY ENGINEERING CO., INC., v. C. W. HUNT CO., INC.— Motion for leave to appeal or for a reargument denied, with ten dollars costs. Motion for a stay granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

UNITED STATES MORTGAGE AND TRUST COMPANY, as Administrator, etc., of EDWIN D. RUGGLES, Deceased, v. MARY B. RUGGLES and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THE FIFTH AVENUE BANK OF NEW YORK, as Executor, etc., of THOMAS FRANKLYN MANVILLE, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of RIVERSIDE ST. CLAIR CORPORATION against WILLIAM E. WALSH and Others. ELIZABETH REED, as Sole Executrix, etc., of CHARLES H. REED.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

EDWARD LIVINGSTON, an Infant, etc., v. JAMES H. ROANE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ. '

DOMINICK BIANCO (ANDREW A. BIANCO, as Administrator, etc., of DOMINICK BIANCO, Deceased), Appellant, v. SUN OIL COMPANY.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JAMES HEFFERNAN, an Infant, etc., v. EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN McCUE v. UNITED STATES TRUCKING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOHN McCUE v. UNITED STATES TRUCKING CORPORATION.— Motion denied. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

HARRY LEVY and Another v. JOHN C. FORSTER and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Arbitration between JOSEPH ERMOLIEFF and SELMAN LISS. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY ZALKIN v. MORRIS KRIM, Impleaded, etc.— Motion denied, with ten dollars costs. The time of the defendant, appellant, to answer the complaint is extended until five days after service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

C. B. OVERBAUGH & CO., INC., v. BANCO NACIONAL.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay, pending the granting or final refusal of leave to appeal by the Court of Appeals, granted, upon appellant's